IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01627-CMA-KMT

VICTORIA STEINER,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to F.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, hereby

    ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED: November __24__, 2008

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge